**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: <br><br> Sklar Exploration Company, LLC, <br><br> Debtor. | Case No. 20-12377 EEB <br> Chapter 11 |
| In re: <br><br> Sklarco, LLC, <br><br> Debtor. | Case No. 20-12380 EEB <br> Chapter 11 <br><br> **Jointly Administered Under Case No. 20-12377 EEB** |

## ORDER GRANTING MOTION FOR JOINT ADMINISTRATION

THIS MATTER comes before the court on the Motions for Joint Administration filed in Case No. 20-12377 EEB by Debtor Sklar Exploration Company, LLC and in Case No. 20-12380 by Debtor Sklarco, LLC, seeking to jointly administer the above-captioned cases. The Court, having reviewed the pleadings and being advised, hereby

FINDS that joint administration of these cases would be appropriate pursuant to Fed. R. Bankr. P. 1015(b). It is therefore

ORDERED that the Motions for Joint Administration are GRANTED and the above-captioned cases shall be jointly administered for procedural purposes only under Case No. 18-10568 from the date of this Order.

IT IS FURTHER ORDERED that all motions, pleadings and other documents filed in the jointly administered case shall bear a combined caption as set forth above, and shall be filed, docketed and processed in the lead case, except for the following:

    1. A motion which applies to less than all jointly administered Debtors must clearly indicate in the title and body to which debtor(s) the motion applies, but must still be filed in the lead case.

    2. All proofs of claim shall be filed in the specific case to which they apply.

3. Monthly financial reports, amendments to schedules, statements, lists and other documents required by Fed. R. Bankr. P. 1002 and 1007 shall be filed in the case of the Debtor(s) to which they apply.

IT IS FURTHER ORDERED that the Debtors shall maintain adequate records regarding the assets of the respective Debtors' estates in order to protect the rights of creditors.

IT IS FURTHER ORDERED The Clerk of the Court (or other designated party) shall provide notice of the joint administration of the above-captioned cases to all creditors and interested parties identified in each case.

IT IS FURTHER ORDERED that any party may move to reconsider the relief granted herein within fourteen (14) days of the date of this Order.

DATED this 2nd day of April, 2020.  BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge