**Fill in this information to identify the case:**

Debtor name **Sklarco, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ **75,422,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ **45,490,640.15**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ **120,912,640.15**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **22,350,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **386,687.08**

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b

   $ **22,736,687.08**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy