**Fill in this information to identify the case:**

Debtor name  **Sklarco, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |

**2.1  East West Bank Treasury Department**
Creditor's Name

**135 N. Los Robles Ave, Ste 600**
**Pasadena, CA 91101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Undivided Interest in Oil and Gas Leases - See Attached; additional information including full legal descriptions available upon request from Debtor's counsel; Value based on April 1, 2020 Reserve Report at $31.96/bbl**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$22,350,000.00**    Column B: **$75,422,000.00**

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$22,350,000.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

| Fill in this information to identify the case: |
| --- |

Debtor name **Sklarco, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**

Priority creditor's name and mailing address
**Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36104**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

**2.2**

Priority creditor's name and mailing address
**Colorado Department of Revenue
1375 Sherman Street, Room 511
Denver, CO 80261**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice  Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

| Debtor | Sklarco, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address
**Florida Department of Revenue**
**P. O. Box 6668**
**Tallahassee, FL 32314-6668**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
**Louisiana Department of Revenue**
**P.O. Box 201**
**Baton Rouge, LA 70821-3440**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Sklarco, LLC**
_____   Case number (if known) _____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.7 | Priority creditor's name and mailing address

**Mississippi Department of Revenue**
**P.O. Box 1033**
**Jackson, MS 39215-1033**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.8 | Priority creditor's name and mailing address

**Montana Department of Revenue**
**PO Box 6577**
**Helena, MT 59604-6577**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.9 | Priority creditor's name and mailing address

**Texas Comptroller**
**111 East 17th Street**
**Austin, TX 78701**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

2.10 | Priority creditor's name and mailing address

**Wyoming Department of Revenue**
**122 West 25th Street, Suite E301**
**Herschler Building East**
**Cheyenne, WY 82002**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | Sklarco, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.43 |
|---|---|---|
| **Aethon Energy Operating, LLC**<br>PO Box 733448<br>Dallas, TX 75373-3448 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Joint Interest Payments__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,326.48 |
|---|---|---|
| **Amplify Energy Operating, LLC**<br>500 Dallas St., STE 1700<br>Houston, TX 77002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Joint Interest Payments__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.52 |
|---|---|---|
| **Atlantis Oil Company, Inc.**<br>727 S. Chilton Ave.,<br>Tyler, TX 75701-1554 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Joint Interest Payments__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,137.94 |
|---|---|---|
| **Basa Resources, Inc**<br>14875 Landmark Blvd., 4th Floor<br>Dallas, TX 75254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Joint Interest Payments__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $706.95 |
|---|---|---|
| **Beebe & Beebe, Inc.**<br>P.O. Box 386<br>El Dorado, AR 71730 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Joint Interest Payments__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236.25 |
|---|---|---|
| **Benbrook, Jean**<br>2620 County Road 3540<br>Hawkins, TX 75765 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Trade Debt__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Berry Petroleum, Inc. Martin Resource Management Corp.**<br>4925 Greenville Ave.<br>Suite 900<br>Dallas, TX 75206 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | **Basis for the claim:** __Notice Purposes Only__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Sklarco, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.8**

Nonpriority creditor's name and mailing address

**Blackbird Company**
**900 Pierremont Rd.,Suite 221**
**Shreveport, LA 71106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$1,370.44**

---

**3.9**

Nonpriority creditor's name and mailing address

**Bonanza Creek Energy Inc.**
**410 17th Street, Suite 1400**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.10**

Nonpriority creditor's name and mailing address

**BP America Production Co.**
**P.O. Box 848155**
**Dallas, TX 75284-8155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$1,025.80**

---

**3.11**

Nonpriority creditor's name and mailing address

**BPX Operating Company**
**501 Westlake Park Blvd**
**Houston, TX 77079**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$27.17**

---

**3.12**

Nonpriority creditor's name and mailing address

**BRP Energy, LLC**
**P. O. Box 2718**
**San Angelo, TX 76902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$240.12**

---

**3.13**

Nonpriority creditor's name and mailing address

**Camterra Resources, Inc.**
**2615 East End Blvd South**
**P.O. Box 2069**
**Marshall, TX 75671**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$1,040.09**

---

**3.14**

Nonpriority creditor's name and mailing address

**CCI East Texas Upstream, LLC**
**Castleton Commodities Upstream, LLC**
**811 Main Street, Suite 1500**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$7,582.28**

---

Debtor   **Sklarco, LLC**
Name

Case number (if known) _____

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3.33 |

**Chesapeake Energy, Inc.**
**Chesapeak Operating, LLC**
**PO Box 207295**
**Dallas, TX 75320-7295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,229.74 |

**Cimarex Energy Co.**
**#774023**
**4023 Solutions Center**
**Chicago, IL 60677-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $45.40 |

**Cobra Oil & Gas Corporation**
**P.O. Box 8206**
**Wichita Falls, TX 76307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $205.32 |

**Conoco Phillips (Burlington Resources**
**Oil & Gas Co LP)**
**21873 Network Place**
**Chicago, IL 60673-1218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $172.84 |

**Continental Resources, Inc.**
**PO Box 952724**
**Saint Louis, MO 63195-2724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**Cranford, Gary M.**
**5537 Highway 512**
**Quitman, MS 39355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Culver & Cain Production, LLC RD Account**
**PO Box 8085**
**Tyler, TX 75711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sklarco, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.38 |
|---|---|---|---|

**Cypress Operating, Inc.**
330 Marshall St.
Suite 930
Shreveport, LA 71101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156,703.13 |
|---|---|---|---|

**Davis Southern Operating Company, LLC**
1500 McGowen Street, Suite 200
Houston, TX 77004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.40 |
|---|---|---|---|

**Denbury Onshore, LLC**
P.O. Box 972555
Dallas, TX 75397-2555

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $888.88 |
|---|---|---|---|

**Derendinger, Cornelia**
2906 Rayado Court South
College Station, TX 77845-7715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,002.35 |
|---|---|---|---|

**Devon Energy Production Co., LP**
P O Box 842485
Dallas, TX 75284-2485

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.92 |
|---|---|---|---|

**Diversified Production, LLC**
Diversified Gas & Oil Corporation
4150 Belden Village St. NW
Suite 401
Canton, OH 44718

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,424.41 |
|---|---|---|---|

**Dorfman Production Company**
4925 Greenville Ave, St 900
Dallas, TX 75206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Sklarco, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Endeavor Energy Resources L.P.**
PO Box 679478
Dallas, TX 75267-9478

Date(s) debt was incurred

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$393.22**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Fairway Resources III, LLC**
PO Box 671349
Dallas, TX 75267-1349

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$92.11**

---

**3.31**

**Nonpriority creditor's name and mailing address**

**Gallery Petroleum, LLC**
8700 Commerce Park Dr.
Suite 116
Houston, TX 77036

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ☐ No ☐ Yes

**$55.12**

---

**3.32**

**Nonpriority creditor's name and mailing address**

**Goth, Julie M.**
P.O. Box 105835
Jefferson City, MO 65110

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.33**

**Nonpriority creditor's name and mailing address**

**Grigsby Petroleum Inc.**
333 Texas St.
Suite 2285
Shreveport, LA 71101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$1,418.75**

---

**3.34**

**Nonpriority creditor's name and mailing address**

**Grizzly Operating, LLC**
**Grizzly Energy, LLC**
PO Box 46094
Houston, TX 77210-6094

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$5,581.46**

---

**3.35**

**Nonpriority creditor's name and mailing address**

**Hanna Oil and Gas Company**
P.O. Box 1356
Fort Smith, AR 72902-1356

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$219.06**

---

Debtor   **Sklarco, LLC**
_____   Case number (if known) _____
Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.39 |

**Harleton Oil & Gas, Inc.**
**P.O. Box 345**
**Tyler, TX 75710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842.55 |

**Herman L. Loeb, LLC**
**P.O. Box 838**
**Lawrenceville, IL 62439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,224.43 |

**Highmark Energy Operating, LLC**
**c/o Oil & Gas Business Solutions, Inc.**
**4849 Greenville Ave., Ste 1250**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,648.72 |

**Hilcorp Energy Company**
**Dept. 412**
**P.O. Box 4346**
**Houston, TX 77210-4346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**Hites, Melanie D.**
**719 North County Line Road**
**Tuttle, OK 73089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Indigo Resources, LLC**
**P. O. Box 733183**
**Dallas, TX 75373-3183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**J-O'B Operating Company**
**P.O. Box 5928**
**Shreveport, LA 71135-5928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Sklarco, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Jeems Bayou Production Corp.**
P.O. Box 639
Oil City, LA 71061

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$309.44**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**John Linder Operating Company, LLC**
100 Independence Place, Suite 307
Tyler, TX 75703

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$55.81**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**John O. Farmer, Inc.**
P.O. Box 352
370 West Wichita Ave.
Russell, KS 67665

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$187.44**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Kirkpatrick Oil Company, Inc.**
PO Box 248885
Oklahoma City, OK 73124-8885

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$1,213.09**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Lance Ruffel Oil & Gas Corp.**
210 Park Avenue
Suite 2150
Oklahoma City, OK 73102

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$4.09**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**LIS Real Estate & Minerals, LLC**
P.O. Box 906
El Campo, TX 77437

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$373.75**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Magnum Producing, LP Ahuja Holdings, LLP**
500 N. Shoreline, Suite 322
Corpus Christi, TX 78401-0313

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$709.79**

---

Debtor **Sklarco, LLC** _____  Case number (if known) _____
   Name

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.67 |
|---|---|---|---|

**3.50**
Nonpriority creditor's name and mailing address
**Marathon Oil Co Joint Venture Receipts**
**PO Box 732309**
**Dallas, TX 75373-2309**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

**$222.67**

---

**3.51**
Nonpriority creditor's name and mailing address
**Marathon Oil Permian LLC**
**PO Box 732309**
**Dallas, TX 75373-2309**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

**$606.67**

---

**3.52**
Nonpriority creditor's name and mailing address
**Martin, William Ashton**
**2 Saint James Place**
**Brooklyn, NY 11205**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

**$444.44**

---

**3.53**
Nonpriority creditor's name and mailing address
**Martindale Consultants, Inc.**
**4242 N. Meridian Ave.**
**Oklahoma City, OK 73112-2457**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.54**
Nonpriority creditor's name and mailing address
**Maximus Operating, LTD**
**PO Box 1706**
**Longview, TX 75606-1706**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

**$24.31**

---

**3.55**
Nonpriority creditor's name and mailing address
**Meridian Resources (USA), Inc.**
**c/o Excalibur Operating, LLC**
**2020 W Pinhook, Ste 201**
**Lafayette, LA 70508**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.56**
Nonpriority creditor's name and mailing address
**Merit Energy Company**
**PO Box 843755**
**Dallas, TX 75284-3755**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Sklarco, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address

**Mission Creek Resources, LLC**
**25511 Budde Rd, Ste 601**
**Spring, TX 77380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,913.16**

---

**3.58** | Nonpriority creditor's name and mailing address

**Mrs. Tracy G. Davis**
**1753 Cypress Rapids Drive**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.59** | Nonpriority creditor's name and mailing address

**Mustang Fuel Corporation**
**P. O. Box 960006**
**Oklahoma City, OK 73196-0006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$296.72**

---

**3.60** | Nonpriority creditor's name and mailing address

**Nadel & Gussman - Jetta Operating Co**
**15 East 5th Street, Ste 3300**
**Tulsa, OK 74103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$970.54**

---

**3.61** | Nonpriority creditor's name and mailing address

**O'Bannon, Robert Clayton**
**13312 Highway 63**
**Moss Point, MS 39563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$222.22**

---

**3.62** | Nonpriority creditor's name and mailing address

**Palmer Petroleum Inc.**
**330 Marshall Street**
**Suite 1200**
**Shreveport, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,816.52**

---

**3.63** | Nonpriority creditor's name and mailing address

**Par Minerals Corporation**
**701 Texas Street**
**Shreveport, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

**$65,021.71**

---

Debtor  **Sklarco, LLC**
_____
Name

Case number _(if known)_ _____

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $333.33 |
|---|---|---|---|

**Paul Sullivan**
**Administrator Estate of Terry D. Sulliva**
**505 East Jackson Street**
**Suite 200**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _ Trade Debt _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $273.28 |
|---|---|---|---|

**Petro-Chem Operating Co., Inc.**
**PO Box 670**
**Minden, LA 71058-0670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _ Joint Interest Payments _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $179.88 |
|---|---|---|---|

**Petro-Chem Operating Co., Inc.**
**416 Travis Street, Suite 812**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _ Joint Interest Payments _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $2,031.26 |
|---|---|---|---|

**Phillips Energy, Inc**
**330 Marshall Street**
**Suite 300**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _ Joint Interest Payments _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $33.04 |
|---|---|---|---|

**Presidio Petroleum, LLC**
**500 W. 7th St., Ste. 803**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _ Joint Interest Payments _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $222.22 |
|---|---|---|---|

**Priest, Rebecca Lynn**
**2301 Broken Wagon Drive**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _ Trade Debt _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $49.25 |
|---|---|---|---|

**Prima Exploration, Inc.**
**250 Fillmore, Suite #500**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _ Joint Interest Payments _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Sklarco, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.71**

**Nonpriority creditor's name and mailing address**
**Pruet Production Co**
PO Box 11407
Birmingham, AL 35246-1129

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$50,596.21**

---

**3.72**

**Nonpriority creditor's name and mailing address**
**QEP Energy Company**
PO Box 204033
Dallas, TX 75320-4033

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$177.93**

---

**3.73**

**Nonpriority creditor's name and mailing address**
**Quanico Oil & Gas, Inc.**
PO Box 10519
El Dorado, AR 71730

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$1,855.58**

---

**3.74**

**Nonpriority creditor's name and mailing address**
**Rabalais Oil & Gas, Inc.**
P.O. Box 1567
Fort Worth, TX 76101-1567

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$1,016.52**

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Redline Energy, LLC**
P. O. Box 317
Dover, OK 73734

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$22.20**

---

**3.76**

**Nonpriority creditor's name and mailing address**
**Riviera Operating, LLC**
P. O. Box 671631
Dallas, TX 75267-1631

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.77**

**Nonpriority creditor's name and mailing address**
**Rockcliff Energy Mgmt., LLC**
1301 McKinney
Suite 1300
Houston, TX 77010

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Sklarco, LLC**                                                    Case number (if known) _____
         _____
         Name

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.41 |
|---|---|---|---|

**Roszel, Norman Riki**
**321 Granite Blvd.**
**Marble Falls, TX 78654**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,854.69 |
|---|---|---|---|

**S & P Co.**
**330 Marshall St.**
**Suite 300**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.78 |
|---|---|---|---|

**S & S Operating Company, Inc.**
**P.O. Box 1250**
**Winnie, TX 77665-1250**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $856.51 |
|---|---|---|---|

**Sabine Oil & Gas LLC**
**PO Box 206634**
**Dallas, TX 75320-6634**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Samson Resources Company**
**PO Box 972282**
**Dallas, TX 75397-2282**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,946.36 |
|---|---|---|---|

**Shelby Operating Company**
**5535 SMU Blvd., Ste. 200**
**Dallas, TX 75206**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.40 |
|---|---|---|---|

**Shuler Drilling Company, Inc.**
**3340 West Hillsboro Street**
**El Dorado, AR 71730-6736**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sklarco, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.47**

**Silver Creek Oil & Gas, LLC**
**5525 N. MacArthur Blvd.**
**Ste 775**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$490.36**

**Sinclair, Emily and Robert E.**
**2200 Ross Avenue**
**Suite 420**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.04**

**Southwest Operating Inc.**
**727 S. CHILTON**
**Tyler, TX 75701-1554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.91**

**Speller Oil Corporation**
**3535 N.W. 58th Street, Ste 900**
**Oklahoma City, OK 73112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$373.75**

**Stovall, Lynn Ann**
**P.O. Box 906**
**El Campo, TX 77437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,084.14**

**Stroud Petroleum, Inc.**
**P.O. Box 565**
**Shreveport, LA 71162-0565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.63**

**Sugar Creek Producing Co.**
**P.O Box 1756**
**Shreveport, LA 71166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Sklarco, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.92**

**Nonpriority creditor's name and mailing address**

**Tanos Exploration, LLC**
**PO Box 208222**
**Dallas, TX 75320-8222**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$262.73**

---

**3.93**

**Nonpriority creditor's name and mailing address**

**TDX Energy LLC**
**401 Edwards St, Ste 1510**
**Shreveport, LA 71101-3525**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.10**

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Tellurian Operating, LLC**
**1201 Louisiana Street**
**Suite 3100**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$1,476.13**

---

**3.95**

**Nonpriority creditor's name and mailing address**

**The Long Trusts**
**P.O. Box 3096**
**Kilgore, TX 75663**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$515.57**

---

**3.96**

**Nonpriority creditor's name and mailing address**

**Titan Rock Exploration & Production, LLC**
**1601 Elm Street, Suite 3500**
**Dallas, TX 75201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$30.66**

---

**3.97**

**Nonpriority creditor's name and mailing address**

**TO Kimbrell LLC**
**PO Box 11407**
**Dept #5868**
**Birmingham, AL 35246-5868**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$680.15**

---

**3.98**

**Nonpriority creditor's name and mailing address**

**Toland & Johnston, Inc.**
**P.O. Box 189**
**Edmond, OK 73083-0189**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

**$225.59**

---

**Debtor**  **Sklarco, LLC**
Name

Case number (if known)

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.27 |
|---|---|---|---|

Trivium Operating, LLC
301 Commerce Street
Suite 3635
Fort Worth, TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.87 |
|---|---|---|---|

TYGR Operating Company, LLC
PO Box 6764
Shreveport, LA 71136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.77 |
|---|---|---|---|

Upshur County
215 N Titus
Gilmer, TX 75644

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,202.16 |
|---|---|---|---|

Urban Oil & Gas Group, LLC
Department #41380
P. O. Box 650823
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.57 |
|---|---|---|---|

Vernon E. Faulconer, Inc.
P.O. Box 7995
Tyler, TX 75711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Vine Oil & Gas LP
5800 Granite Parkway, Suite 550
Plano, TX 75024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $915.97 |
|---|---|---|---|

Weiser-Brown Operating, Co.
PO Box 500
Magnolia, AR 71754-0500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Sklarco, LLC**
_____   Case number (*if known*) _____
Name

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444.44 |

**William Ashton Martin**
**2 Saint James Place**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.44 |

**WPX Energy, Inc.**
**WPX Energy Williston, LLC**
**25061 Network Place**
**Chicago, IL 60673-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $747.28 |

**XTO Energy, Inc.**
**P.O. Box 840791**
**Dallas, TX 75284-0791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.48 |

**Xtreme Energy Company**
**P. O. Box 2326**
**Victoria, TX 77902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Joint Interest Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line  **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Internal Revenue Service**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line  **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Louisiana Department of Revenue**<br>**617 North Third Street**<br>**Baton Rouge, LA 70802** | Line  **2.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Office of the Attorney General**<br>**State of Colorado**<br>**1300 Broadway**<br>**Denver, CO 80203** | Line  **2.2**<br><br>☐ Not listed. Explain ____ | _ |

Debtor __**Sklarco, LLC**_____     Case number (if known) _____
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line __2.4__<br><br>☐  Not listed. Explain ____ | _ |
| 4.6 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line __2.5__<br><br>☐  Not listed. Explain ____ | _ |
| 4.7 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line __2.4__<br><br>☐  Not listed. Explain ____ | _ |
| 4.8 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line __2.5__<br><br>☐  Not listed. Explain ____ | _ |
| 4.9 | **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line __2.2__<br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $  0.00 |
| **5b. Total claims from Part 2** | | 5b. + | $  386,687.08 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $  386,687.08 |