**Fill in this information to identify the case:**

Debtor name  **Sklarco, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contracts are more particularly described in the attached list of material contracts to which Sklarco is a party; Sklarco is primarily a working interest holder in accordance with the respective agreements** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **See Attached** |

## MATERIAL AGREEMENTS

### (Sklarco, LLC)

1. Participation Agreement dated effective as of January 23, 2015 covering the Brewton Prospect, Escambia County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration LLC, et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

2. Letter Agreement dated March 6, 2015 amending the Brewton Prospect Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

3. Second Amendment to Brewton Prospect Participation Agreement and JOA dated effective as of January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

4. Amended And Restated Participation Agreement dated effective as of April 8, 2015 covering the Mt. Carmel Prospect, Escambia County, AL and Santa Rosa County, FL, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated April 8, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

5. Participation Sales Agreement covering the North Beach Prospect (Conecuh County, AL) dated effective as of November 15, 2004, by and between Craft Exploration Company L.L.C., Sklar Exploration Company L.L.C. and Sklarco L.L.C., which includes as Exhibit "I" an Operating Agreement (AAPL Form 610-1982) dated November 15, 2004, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. and Craft Exploration Company L.L.C., as Non-Operators

6. JOA (AAPL 610-1982) dated July 1, 2008, covering NW/4 Section 17, T4N, R13E, Conecuh County, AL (Craft Mack 17-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

7. Unit Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

8. Unit Operating Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

9. Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

10. Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

11. Gas Purchase Contract dated April 6, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

12. Unit Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

13. Unit Operating Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

14. Participation Agreement covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 1, 2006 covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

15. Amendment to Operating Agreement dated effective as of November 1, 2011 covering the Escambia Prospect (Escambia and Conecuh Counties, Alabama), by and between Sklar Exploration Company L.L.C., et al., which Amendment extended the term of the AMI and added additional lands to the Contract Area and AMI

16. JOA (AAPL 610-1982) dated March 1, 2011, covering NE/4 Section 31, T4N, R13E, Conecuh County, AL (Mary-Mack 31-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

17. Farmout Agreement dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Anderson Exploration Energy Company, L.C., et al., as Farmor, and Sklar Exploration Company L.L.C., as Farmee

18. JOA (AAPL 610-1982) dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

19. JOA (AAPL 610-1982) dated May 1, 2011, covering the SE/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

20. JOA (AAPL 610-1982) dated July 1, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

21. JOA (AAPL 610-1982) dated September 15, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and BSAP I, Inc., et al., as Non-Operators

22. JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. and BSAP I, Inc., as Non-Operators

23. JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., Pruet Production Co., and Midroc Operating Company and others, as Non-Operators

24. JOA (AAPL 610-1982) dated February 1, 2012, covering NE/4 Section 33, T4N, R12E, Conecuh County, AL (CCL&T 33-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

25. JOA (AAPL 610-1982) dated March 15, 2012, covering NE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

26. JOA (AAPL 610-1982) dated June 1, 2012, covering NW/4 Section 34, T4N, R12E, Conecuh County, AL (Jones 34-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Texar Exploration, LLC, et al., as Non-Operators

27. JOA (AAPL 610-1982) dated March 15, 2012, covering NW/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-5 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Avery Producing, LLC, et al., as Non-Operators

28. JOA (AAPL 610-1982) dated May 1, 2012, covering SE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

29. JOA (AAPL 610-1982) dated July 13, 2012, covering NW/4 Section 4, T3N, R12E, Escambia County, AL (CCL&T 4-3 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

30. JOA (AAPL 610-1982) dated January 10, 2013, covering SE/4 Section 4, T4N, R13E, Conecuh County, AL (CCL&T 32-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

31. JOA (AAPL 610-1982) dated April 1, 2013, covering SW/4 Section 36, T4N, R12E, Conecuh County, AL (Kennedy 36-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

32. JOA (AAPL 610-1982) dated February 17, 2014, covering SW/4 Section 33, T4N, R13E, Conecuh County, AL (Thomasson 33-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

33. JOA (AAPL 610-1982) dated August 1, 2014, covering SE/4 Section 2, T3N, R12E, Escambia County, AL (CCL&T 2-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Central Petroleum, Inc., et al., as Non-Operators

34. JOA (AAPL 610-1982) dated September 1, 2014, covering NW/4 Section 3, T3N, R13E, Conecuh County, AL (CCL&T 3-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

35. JOA (AAPL 610-1982) dated August 15, 2014, covering NE/4 Section 4, T3N, R13E, Conecuh County, AL (CCL&T 4-1 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

36. JOA (AAPL 610-1982) dated February 1, 2011, covering SE/4 Section 30, T4N, R13E, Conecuh County, AL (Mary Mack 30-15 #1), by and between Midroc Operating Company, as Operator, and Sklarco L.L.C., et al.

37. JOA (AAPL 610-1982) dated March 2, 2011, covering SW/4 Section 29, T4N, R13E, Conecuh County, AL (Salter 29-13 #1), by and between Midroc Operating Company, as Operator, and Sklarco L.L.C., as Agent Nominee for the Sklar Parties, et al.

38. JOA (AAPL 610-1982) dated July 15, 2011, covering NE/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-8 #1), by and between Pruet Production Co., as Operator, and Sklarco L.L.C. and BSAP I, Inc., as Non-Operators

39. JOA (AAPL 610-1982) dated July 15, 2011, covering NE/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-8 #1), by and between Pruet Production Co., as Operator, and Sklarco L.L.C., as Agent Nominee for the Sklar Parties, et al.

40. Unit Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

41. Unit Operating Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

42. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

43. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

44. Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

45. Participation Agreement covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL) dated effective as of June 1, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "F" an Operating Agreement

      (A.A.P.L. Model Form 610-1982) dated June 1, 2012 covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

46. Agreement to Participate in 3D Seismic Acquisition and To Share Information dated effective as of June 1, 2012, by and between Sklar Exploration Company L.L.C., the Shipps Creek Prospect Participants, the Escambia Prospect Participants and Windancer Operating of Alabama, LLC

47. Letter Agreement dated August 14, 2015 regarding Extension of Shipps Creek Prospect AMI and Acquisition of Additional Seismic Data, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, as amended by that certain Correction Letter dated August 18, 2015, by and between the same parties

48. Letter Agreement dated May 23, 2017 regarding Shipps Creek Prospect AMI Extension, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for a 1 year extension of the AMI.

49. Letter Agreement dated May 16, 2018 regarding Shipps Creek Prospect AMI Extension (Second Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

50. Letter Agreement dated April 23, 2019 regarding Shipps Creek Prospect AMI Extension (Third Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

51. Participation Agreement covering the Castleberry Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the Castleberry Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

52. Participation Agreement covering the L-Pond Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the L-Pond Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

53. Gas Purchase Contract dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

    a. Counterparties: Southeast Alabama Gas District
                                    715 Dr. MLK Jr. Expressway
                                    Andalusia, Alabama 36420
                                    Attn: Greg Henderson

54. Pipeline Construction Agreement dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller, concerning the construction of a pipleline from Seller's North Beach Plant to the Castleberry Extension

    a.   Counterparties:   Southeast Alabama Gas District
715 Dr. MLK Jr. Expressway
Andalusia, Alabama 36420
Attn: Greg Henderson

55. First Amendment to Gas Purchase Contract dated April 28, 2010, by and between the Southeast Alabama Gas District, as Buyer and Sklar Exploration Company L.L.C., as Seller

    a.   Counterparties:   Southeast Alabama Gas District
715 Dr. MLK Jr. Expressway
Andalusia, Alabama 36420
Attn: Greg Henderson

56. Gas Purchase Contract (South Field) dated June 1, 2011, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

    a.   Counterparties:   Southeast Alabama Gas District
715 Dr. MLK Jr. Expressway
Andalusia, Alabama 36420
Attn: Greg Henderson

57. JOA (AAPL 610-1982) dated August 1, 2015, covering Sections 1 & 2, T13N, R7W, Natchitoches Parish, LA (Rushing Et Al #2), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

58. JOA (AAPL 610-1982) dated January 1, 2016 (East Castor Prospect), covering certain property in, T14N, R7W, Bienville Parish, LA (Echo Papa 10-10 #1 and JB Evans 11-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

59. Letter Agreement dated April 29, 2016 regarding Amendment East Castor Prospect JOA, by and between Sklar Exploration Company L.L.C., as Operator, and AEEC II, LLC, et al., as Non-Operators

60. Partial Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of March 1, 2016, by and between AEEC II, LLC et al.

61. Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of December 1, 2018, by and between AEEC II, LLC et al.

62. Participation Agreement covering the Red River Prospect (Caddo & Bossier Parishes, LA) dated effective as of April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1982) dated April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

63. Partial Sublease of Oil, Gas and Mineral Leases dated effective as of February 1, 2008, by and between Sklarco L.L.C., as Sublessor, and Petrohawk Properties, L.P., as Sublessee, covering rights below the Hosston Formation in certain oil, gas and mineral leases

    a.   Counterparties:   BP America Production Company

        737 N. Eldridge Parkway
        Suite 12.157A
        Houston, Texas 77079

64. Letter Agreement dated December 3, 2010, by and between Petrohawk Properties, LP, as Assignor, and Sklarco L.L.C., as Assignee, concerning the assignment of certain Replacement Leases and Additional Leases insofar as the same cover and relate to rights above the Hosston Formation

  a. Counterparties:  BP America Production Company
        737 N. Eldridge Parkway
        Suite 12.157A
        Houston, Texas 77079

65. JOA (AAPL 610-1982) dated February 15, 1999, covering S/2 of Section 16 and N/2 of Section 21, T18N, R7W, Bienville Parish, LA (Willamette 21 #1), by and between Brammer Engineering, Inc., as Operator, and Wheless TDL Exploration Company, L.L.C., et al., as Non-Operators

66. Participation Agreement dated effective as of December 1, 2012 covering the West Bryceland Saddle Prospect, by and between AEEC II, L.L.C., Sklar Exploration Company L.L.C., Sklarco L.L.C., and Marshall-Wuellner, Inc., which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated December 1, 2012, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

67. JOA (AAPL 610-1982) dated May 26, 2004, covering Section 28, T18N, R6W, Bienville Parish, LA (Cindy Lou Cloyd 28 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

68. JOA (AAPL 610-1982) dated February 1, 2008, covering Section 34, T19N, R6W, Bienville & Claiborne Parishes, LA (CS Shaffer 34 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

69. JOA (AAPL 610-1982) dated August 15, 2007, covering Section 33, T18N, R6W, Bienville Parish, LA (JC Merritt #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

70. JOA (AAPL 610-1982) dated May 1, 2009, covering Section 33, T19N, R6W, Claiborne Parish, LA (Kimberly Lay 33 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

71. JOA (AAPL 610-1982) dated March 5, 2003, covering Section 3, T18N, R6W, Bienville Parish, LA (LA Minerals #1 Alt), by and between Cypress Operating, Inc., as Operator, and Sklarco L.L.C., et al., as Non-Operators

72. Operating Agreement of West Arcadia Pipeline L.L.C. dated effective as of July 20, 2009, by and between Sklarco L.L.C., McCombs Energy, LTD., and Tensas Delta Exploration Company, LLC, as Members of the Company

  a. Counterparties:  Tensas Delta Exploration Company, LLC
        333 Texas Street, Suite 2121
        Shreveport, Louisiana 71101

        McCombs Energy LTD
        Attn: Gary Woods
        750 E. Mulberry Ave. Suite 403
        San Antonio, Texas 78212

73. Assignment And Bill of Sale dated effective as of September 1, 2009, by and between Tensas Delta Exploration Company, LLC and Sklar Exploration Company L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

    a. Counterparties:   West Arcadia Pipeline L.L.C.
                                  401 Edwards Street, Suite 1601
                                  Shreveport, Louisiana 71101

                                  Tensas Delta Exploration Company, LLC
                                  333 Texas Street, Suite 2121
                                  Shreveport, Louisiana 71101

74. Assignment And Bill of Sale dated effective as of September 1, 2009, by and between McCombs Energy, LTD. And Sklarco L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

    a. Counterparties:   West Arcadia Pipeline L.L.C.
                                  401 Edwards Street, Suite 1601
                                  Shreveport, Louisiana 71101

                                  McCombs Energy LTD
                                  Attn: Gary Woods
                                  750 E. Mulberry Ave. Suite 403
                                  San Antonio, Texas 78212

75. Natural Gas Purchase and Sale Agreement dated September 1, 2009, by and between Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C., as Seller

    a. Counterparties:   Texla Energy Management, Inc.
                                  1100 Louisiana, Suite 4700
                                  Houston, TX 77002

76. Gas Gathering Agreement dated effective as of October 1, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a. Counterparties:   West Arcadia Pipeline L.L.C.
                                  401 Edwards Street, Suite 1601
                                  Shreveport, Louisiana 71101
                                  Texla Energy Management, Inc.
                                  1100 Louisiana, Suite 4700
                                  Houston, TX 77002

77. First Amendment to Gas Gathering Agreement dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a. Counterparties:   West Arcadia Pipeline L.L.C.
                                  401 Edwards Street, Suite 1601

        Shreveport, Louisiana 71101

        Texla Energy Management, Inc.
        1100 Louisiana, Suite 4700
        Houston, TX 77002

78. Agreement to Distribute Proceeds dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C. and Tensas Delta Exploration Company, LLC, as Sellers

    a. Counterparties:   West Arcadia Pipeline L.L.C.
                         401 Edwards Street, Suite 1601
                         Shreveport, Louisiana 71101

                         Texla Energy Management, Inc.
                         1100 Louisiana, Suite 4700
                         Houston, TX 77002

79. Second Amendment to Gas Gathering Agreement dated November 1, 2010, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a. Counterparties:   West Arcadia Pipeline L.L.C.
                         401 Edwards Street, Suite 1601
                         Shreveport, Louisiana 71101

                         Texla Energy Management, Inc.
                         1100 Louisiana, Suite 4700
                         Houston, TX 77002

80. Third Amendment to Gas Gathering Agreement dated June 11, 2014, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a. Counterparties:   West Arcadia Pipeline L.L.C.
                         401 Edwards Street, Suite 1601
                         Shreveport, Louisiana 71101

                         Texla Energy Management, Inc.
                         1100 Louisiana, Suite 4700
                         Houston, TX 77002

81. Participation Agreement dated effective as of March 1, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Resource Ventures, LLC, et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

82. Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Petro-Chem Operating Co., Inc., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

83. Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Tiembo, LTD., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

84. JOA dated April 17, 1997, covering Sections 19-22, 25-29 and 36-41, T17N, R4E, and Sections 2-7, T16N, R4E, Warren County, Mississippi (Feld Heirs #1 and Feld Heirs #3), by and between Stroud & Luke Production Company, as Operator, and Robert A. Stroud LLC, et al., as Non-Operators

85. Participation Agreement dated August 27, 2012 covering the Summit Extension Prospect, by and between Par Minerals Corporation, as Operator, and Sklarco L.L.C., as Participant, which includes as Exhibit "A" an Operating Agreement (AAPL Form 610-1989) dated August 27, 2012, by and between Par Minerals Corporation, as Operator, and Sklarco L.L.C., et al., as Non-Operators

86. First Modification of Participation Agreement dated effective as of June 1, 2015 covering the Summit Extension Prospect and Southwest Summit Prospects, by and between Par Minerals Corporation, as Operator, and Sklarco L.L.C., as Participant

87. Participation and Exploration Agreement dated effective as of October 1, 2013 covering the West Tyler 3D Seismic Prospect, Smith County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated October 1, 2013 covering the Swan Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

88. Letter Agreement dated January 7, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

89. Letter Agreement dated October 30, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

90. Participation Agreement dated effective as of March 1, 2013 covering the South Woodlawn Prospect, Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated March 1, 2013, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

91. Letter Agreement dated May 23, 2013 regarding amendments to Participation Agreement and JOA (South Woodlawn Prospect), Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

92. Farmout Agreement dated January 7, 2014, by and between Penn Virginia Oil & Gas, L.P., as Farmor, and Sklar Exploration Company L.L.C., as Farmee covering certain oil, gas and mineral leases located in Marion County, TX

    a. Counterparties:     Penn Virginia Oil & Gas, L.P.

        840 Gessner, Suite 800
        Houston, Texas 77024

93. Letter Agreement dated March 14, 2014, by and between Sklar Exploration Company L.L.C., as Farmee and Penn Virginia Oil & Gas, L.P., as Farmor, amended certain terms in the Farmout Agreement

  a. Counterparties:   Penn Virginia Oil & Gas, L.P.
           840 Gessner, Suite 800
           Houston, Texas 77024

94. JOA (AAPL 610-1982) dated October 20, 1999, covering the Steeles Creek Prospect, Limestone County, TX, by and between Sklar-Tex L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

95. JOA (AAPL 610-1982) dated November 1, 2009, covering the Claude Hayes Unit, Willow Springs Field, Gregg County, TX, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

96. Participation Agreement dated effective as of July 1, 2014 covering the Mule Creek and Bridge Creek Prospects, Niobrara County, Wyoming, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants, which includes as Exhibit "D-1" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2014 covering the Mule Creek Prospect and as Exhibit "D-2" an Operating Agreement (AAPL Form 610-1989) covering the Bridge Creek Prospect

97. First Amendment to Participation Agreement (Mule Creek & Bridge Creek Prospects) dated effective January 1, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants

98. Purchase and Sale Agreement dated effective as of March 10, 2015 covering the Mule Creek and Bridge Creek Prospects, Niobrara County, Wyoming, by and between Sklarco L.L.C., as Seller, and McCombs Energy, LTD., et al., as Buyers

  a. Counterparties: See Attachment 110

99. Participation Agreement dated July 1, 2017 covering the South Harmony Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., as Participant, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2017, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

100. Letter Agreement dated June 2, 2016 regarding Farmout Proposal, by and between Sklarco L.L.C, as Farmee, and McCombs Energy, Ltd., covering properties in multiple states

  a. Counterparties:   McCombs Energy LTD
           Attn: Gary Woods
           750 E. Mulberry Ave. Suite 403
           San Antonio, Texas 78212

101. Letter Agreement dated June 20, 2016 regarding the purchase of certain rights under Farmout Agreements, by and between Sklarco L.L.C., as Seller, and Bundero Investment Company L.L.C., as Purchaser

    a.  Counterparties:       Bundero Investment Company, L.L.C.
                               Attn: Robert Bowman
                               401 Edwards Street, Suite 820
                               Shreveport, Louisiana 71101

102. Farmout Agreement dated effective as of June 1, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the CCL&T 3-7 #1 Well, Escambia Prospect, Conecuh and Escambia Counties, AL.

    a.  Counterparties:       McCombs Energy LTD
                               Attn: Gary Woods
                               750 E. Mulberry Ave. Suite 403
                               San Antonio, Texas 78212

103. Farmout Agreement dated effective as of June 1, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering all of Farmor's interest in the Bodcaw 3D Project, Bienville and Natchitoches Parishes, LA.

    a.  Counterparties:       McCombs Energy LTD
                               Attn: Gary Woods
                               750 E. Mulberry Ave. Suite 403
                               San Antonio, Texas 78212

104. Farmout Agreement dated effective as of July 1, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering all of Farmor's interest in the Shipps Creek Prospect, Conecuh and Escambia Counties, AL, as amended by that certain Amendment to Farmout Agreement dated September 1, 2019.

    a.  Counterparties:       McCombs Energy LTD
                               Attn: Gary Woods
                               750 E. Mulberry Ave. Suite 403
                               San Antonio, Texas 78212

105. Farmout Agreement dated effective as of August 1, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the Mt. Carmel Prospect, Escambia County, AL & Santa Rosa County, FL.

    a.  Counterparties:       McCombs Energy LTD
                               Attn: Gary Woods
                               750 E. Mulberry Ave. Suite 403
                               San Antonio, Texas 78212

106. Farmout Agreement dated effective as of August 1, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the Brewton Prospect, Escambia County, AL.

    a.  Counterparties:       McCombs Energy LTD

                    Attn: Gary Woods
750 E. Mulberry Ave. Suite 403
San Antonio, Texas 78212

107. Farmout Agreement dated effective as of July 15, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the Mule Creek Prospect, Niobrara County, WY.

    a. Counterparties: McCombs Energy LTD
                                  Attn: Gary Woods
                                  750 E. Mulberry Ave. Suite 403
                                  San Antonio, Texas 78212

108. Farmout Agreement dated effective as of July 15, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the Bridge Creek Prospect, Niobrara County, WY.

    a. Counterparties: McCombs Energy LTD
                                  Attn: Gary Woods
                                750 E. Mulberry Ave. Suite 403
                                San Antonio, Texas 78212

109. Farmout Agreement dated effective as of June 1, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the West Tyler 3D Seismic Prospect, Smith County, TX.

    a. Counterparties: McCombs Energy LTD
                                  Attn: Gary Woods
                                750 E. Mulberry Ave. Suite 403
                                San Antonio, Texas 78212

110. Letter Agreement dated April 5, 2017 regarding the purchase of certain rights under Farmout Agreements, by and between Bundero Investment Company L.L.C., as Seller, and Sklarco L.L.C., as Purchaser

    a. Counterparties: Bundero Investment Company, L.L.C.
                                  Attn: Robert Bowman
                                  401 Edwards Street, Suite 820
                                  Shreveport, Louisiana 71101

111. Participation Agreement dated effective as of February 20, 2019 covering the North Pachuta Prospect, Clarke County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1989) dated February 20, 2019, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

112. Participation Agreement dated effective as of July 1, 2019 covering the Bowdoin Dome Prospect, Phillips and Valley Counties, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "A" a Restated

      Farmout Agreement dated effective as of May 21, 2019, by and between Twin Bridges Resources, LLC and Charter Energy Partners, LLC, as Farmees, and Scout Energy Partners II, LP, as Farmor

113. JOA (AAPL 610-1982) dated December 15, 2019, covering the E ½ of Section 35 and W ½ of Section 36 (Castleberry Prospect), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

114. Unit Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

115. Unit Operating Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

116. Unit Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

117. Unit Operating Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

118. Unit Agreement dated November 1, 2018 concerning operation of the Northwest Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

    a. Counterparties:    Pruet Production Co.
                                      Attn: Stan Kynerd
                                      217 West Capital Street
                                      Jackson, MS 39201

119. Unit Operating Agreement dated November 1, 2018 concerning operation of the Northwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and Sklarco L.L.C., et al., as Non-Operators

    a. Counterparties:    Pruet Production Co.
                                        Attn: Stan Kynerd
                                      217 West Capital Street
                                      Jackson, MS 39201

120. Unit Agreement dated November 1, 2018 concerning operation of the Northeast Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

    a. Counterparties:    Pruet Production Co.

>
> Attn: Stan Kynerd
> 217 West Capital Street
> Jackson, MS 39201

121. Unit Operating Agreement dated November 1, 2018 concerning operation of the Northeast Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and Sklarco L.L.C., et al., as Non-Operators

    a.  Counterparties:     Pruet Production Co.
                             Attn: Stan Kynerd
                             217 West Capital Street
                             Jackson, MS 39201

122. JOA (AAPL 610-1982) dated May 15, 2018, covering the SE/4 of Section 11 (Anderson Johnson 11-9 #1 well), Township 3 North, Range 13 East, Conecuh County, Alabama, by and between Fletcher Petroleum Corp., as Operator, and Sklarco L.L.C., et al., as Non-Operators

    a.  Counterparties:     Pruet Production Co.
                             Attn: Stan Kynerd
                             217 West Capital Street
                             Jackson, MS 39201

123. Amended & Restated Agreement of Limited Partnership of Maevlo Production Co., LP, by and between Maevlo Management, LLC, as General Partner, and Sklarco L.L.C., et al., as Limited Partners
    a.  Counterparties:     Maevlo Production, LP
                             Attn: Matthew Montgomery
                             P.O. Box 287
                             6140 S. Gun Club Rd K6
                             Aurora, CO 80237

124. Confidential Employment Separation Agreement dated November 20, 2018, by and between David Barlow, an individual, Daboil Resources, L.C., Ansaben Trust, Sklar Exploration Company L.L.C., Sklarco L.L.C. and Howard F. Sklar, individually.

    a.  Counterparties:     David A. Barlow
                             321 Paseo Encinal Street
                             San Antonio, Texas 78212

125. Gas Gathering Agreement dated September 16, 2016, by and between Sklar Exploration Company L.L.C., as Gatherer, Sklarco L.L.C., as Farmor, and McCombs Energy, LTD., as Farmee.

    a.  Counterparties:     McCombs Energy LTD
                             Attn: Gary Woods
                             750 E. Mulberry Ave. Suite 403
                             San Antonio, Texas 78212

126. Letter Agreement dated September 30, 2019 regarding the Matchbox Prospect, San Jacinto County, Texas, by and between Davis Holdings, LP and Sklarco L.L.C., which includes as Exhibit B an Operating Agreement (AAPL Model Form 610-1982) dated September 30, 2019, by and between

Davis Southern Operating Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators.

    a.    Counterparties:    Davis Holdings, LP
                                                      Attn: Ross Davis
                                                      1500 McGowen Street, Suite 200
                                                      Houston, TX 77004

127. General Terms and Conditions Agreement, Lease Agreement, Management Agreement, Dry Lease Exchange Agreement and Side Letter Agreement dated May 1, 2019, by and between Sklar Transport L.L.C. and Flexjet, LLC.

    a.    Counterparties:    Flexjet, LLC
                                                         26180 Curtiss Wright Parkway
                                                      Cleveland, OH 44143

128. Amended and Restated JOA (AAPL 610-1982) dated December 15, 2019, covering the E/2 of Section 35 and W/2 of Section 36 (Myrtice Ellis Et Al 35-9 #1 well), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

129. JOA (AAPL 610-1989) dated July 15, 2019, covering the Bowdoin Dome Initial Block, Phillips County, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators