**Fill in this information to identify the case:**

Debtor name: **Sklarco, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, **Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Sklar Exploration** | **5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **East West Bank Treasury Department** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |