UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Amended Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Amended Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements") filed by Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together with SEC, the "Debtors") as debtors and debtors-in-possession were prepared pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors, with the assistance of the Debtors' advisors, including the Chief Restructuring Officer ("CRO"), and are unaudited.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements.  Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.

The Schedules and Statements have been signed by James Katchadurian as CRO of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Katchadurian necessarily

relied upon the efforts, statements, and representations of the Debtors' other personnel and advisors.  Mr. Katchadurian has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

The Global Notes supplement and are in addition to any specific notes contained in the respective Schedules or Statements.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

1.      ***Description of Cases***.  The Debtors filed their voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 20202 ("Petition Date").  The Debtors' chapter 11 cases are jointly administered for procedural purposes only under Case No. 20-12377.  Copies of the Global Notes are being filed with each of the Debtors' respective Statements and Schedules in their respective cases.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      ***"As Of" Information Date***.  To the best of the Debtors' knowledge, the asset information provided herein, except as expressly noted otherwise, represents the asset data of the Debtors as of the Petition Date.  Where applicable, the basis for the valuation of each asset is listed on the Schedules. The Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities may exclude items identified as "unknown,"  or listed with a value of $0, and as a result, the liabilities may differ materially from those stated in the Schedules and Statements.  Financial statements included herein include estimates to the best of the Debtors' knowledge.

3.      ***General Reservation of Rights***.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to any claim ("Claim") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of (i) liability, or (ii) amounts due or owed, if any, by the Debtor against which the Claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

4.      ***Basis of Presentation***.  For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements on a consolidated basis, which were audited annually.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to reconcile fully with any consolidated financial statements prepared by the Debtors.  Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.  The basis for listing certain assets in the manner included in the Schedules is set forth more fully herein.

5.      ***Recharacterization***.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements.  Nevertheless, the Debtors may not have accurately characterized, classified, categorized, or designated certain items.  The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate.

6.      ***Court Orders***.  Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition Claims of employees.  Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and, therefore, generally are not listed in the Schedules and Statements.  Regardless of whether such Claims are listed in the Schedules and Statements, to the extent such Claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate.

7.      ***Liabilities***.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.  The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

8.      ***Excluded Assets and Liabilities***.  The Debtors have excluded possible rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage Claims exist.

9.      ***Reservation of Rights***.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

10.     ***Executory Contracts***.  To the best of their knowledge, all of the Debtors' executory contracts and unexpired leases are listed on Schedule G of the Debtors' Schedules and the oil and natural gas leases held by Sklarco are listed in Schedule A/B 55. The Debtors reserve all of their rights with respect to the named parties to any and all executory contracts, including the right to amend Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature of the contract or lease,

3

or an admission as to the existence or validity of any Claims held by any counterparty to such contract or lease.  Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

11.     *Totals*.  All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements.  To the extent there are unknown or otherwise undetermined amounts, the actual total may be different than the listed total.

12.     *Mechanics Liens*.  The property and equipment listed in the Schedules are presented without consideration of any mechanics', materialman's or other similar liens. Such liens may apply, and the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

13.     *Global Notes Control*.  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to Amendments to SEC's
Statement of Financial Affairs**

14.     *Part 2, Question 4.* Responses to this question have been expanded to include the identification of payments to all insiders, including other officers of the Debtors, as well as a more thorough distinction between payments for salaries, expenses, and revenue paid to insiders on account of royalty or overriding royalty interests.

15.     *Part 11, Question 21*. Revised to more accurately describe the funds held for others as of the Petition Date, including an allocation of funds held as of the Petition Date attributed to January revenue.

16.     *Part 13, Question 25*.  Amended to include SEC's ownership interest in THP Partners. SEC was previously identified as holding solely legal title to the interest in THP Partners, with the equitable interest held by the Howard Sklar Trust.  Based on further review of documents, including applicable contracts, it was determined that SEC holds the legal and equitable interest in THP Partners.

**Specific Disclosures with Respect to SEC's Schedules**

17.     *Schedule A/B, No. 13.*  Amended to list an ownership interest in THP Partners II, LP.  SEC's Schedule A/B previously listed that SEC held only bare legal title to the interest in THP Partners. Based on available information, including applicable investment agreements, assignments, and Form K-1s issued by THP Partners, a determination was made that SEC holds the legal and equitable interest in THP Partners. The Debtors' investigation is ongoing, and ownership of the interest in THP Partners is subject to further review and revision as additional information becomes available.

18.     *Schedule A/B, No. 77.*  Amended to list SEC's interest in the Participation and Unit Operating Agreements as operator.  While the Participation and Unit Operating Agreements were

4

previously listed on Schedule G, SEC's interest in the contracts was inadvertently omitted from Schedule A/B.

19.     ***Schedule D.***   Amended to list Ally Bank as a secured creditor with a purchase money security interest in a 2018 Ford Truck.  Ally Bank was previously listed as an unsecured creditor.

20.     ***Schedule E/F, Part 2:  Creditors Holding Non-Priority Unsecured Claims.***  SEC has used its reasonable best efforts to list all general unsecured claims against SEC on Schedule E/F based upon SEC's existing books and records.

Schedule E/F has been amended to identify the parties holding claims for unpaid revenue from January and February sales.  In each instance, SEC has used its best efforts to include the last known address for the claimant. These parties have previously received notice of the bankruptcy filing and claims bar date, as well as the Debtors' Motion to Extend Time to Assume or Reject Non-Residential Real Property Leases.  The amendments are intended to more specifically identify the amounts that may be owed to those parties.  Some of the parties may have been paid on a post-petition basis for any amounts owed for royalty or overriding royalty interests.

SEC has further amended Schedule E/F to list parties to whom revenue is owed and liabilities arising from cash call advances as contingent and unliquidated.  These amounts are subject to change over time, particularly liabilities arising from cash call advances, which will continue to be reduced as the work for which the cash call advance was paid is performed.

### Specific Disclosures with Respect to Amendments to Sklarco's Statement of Financial Affairs

21.     ***Part 13, Question 25.***  Amended to include Sklarco's ownership interest in 1908 Brands, Inc., 9.7 Conroe Ventures, Boulders on Fern, LLC, LTP Opportunity Fund I, LP, LTP TimberQuest Fund, LP, Sanus Pharmaceuticals, LLC, Trout Creek Ventures, and West Arcadia Pipeline, LLC (collectively the "Investment Companies").  Sklarco was previously identified as holding bare legal title to the interests in the Investment Companies, with the equitable interest held by the Howard Sklar Trust, Alan Sklar Trust, or Jacob Sklar Trust.  Based on available information, including applicable investment agreements, assignments, and Form K-1s issued by the Investment Companies, a determination was made that Sklarco holds the legal and equitable interests in the Investment Companies. The Debtors' investigation is ongoing, and ownership of the interests in the Investment Companies are subject to further review and revisions as additional information becomes available.

22.     ***Part 13, Question 30***. Amended to provide additional information on distributions and payments to Howard Sklar, the Howard Sklar Trust, the Jacob Sklar Trust, and the Alan Sklar Trust.  In each instance, the attached schedule identifies, where possible, the date, amount, and reason for the applicable payment.  By way of example, a July 24, 2020 payment to Howard Sklar and/or the Howard Sklar Trust is divided between salary and distribution.

## Specific Disclosures with Respect to Sklarco's Schedules

23.     ***Schedule A/B, No. 13.***  Amended to list an ownership interest in the Investment Companies.  Schedule A/B previously stated that Sklarco held only bare legal title to the interests in the Investment Companies.  Based on available information, including applicable investment agreements, assignments, and Form K-1s issued by the Investment Companies, a determination was made that Sklarco holds the legal and equitable interests in the Investment Companies. The Debtors' investigation is ongoing, and ownership of the interests in the Investment Companies are subject to further review and revisions as additional information becomes available.

24.     ***Schedule A/B, No. 50.***  Amended to clarify that the machinery, fixtures, and well equipment cannot be severed from wells and mineral leases owned by Sklarco.

25.     ***Schedule E/F, Part 2:   Creditors Holding Non-Priority Unsecured Claims.*** Sklarco has used its reasonable best efforts to list all general unsecured claims against Sklarco on Schedule E/F based upon Sklarco's existing books and records.

Schedule E/F has been amended to list each party to whom a payment for joint interest billing is owed as holding a claim that is contingent and unliquidated.  These amounts may be reduced on a post-petition basis a result of operators netting Sklarco's revenue owed for projection against unpaid Joint Interest Billings.

Dated: September 25, 2020               Respectfully submitted,

By: */s/ Keri L. Riley*
        Lee M. Kutner, #10966
        Keri L. Riley, #47605
        **KUTNER BRINEN, P.C.**
        1660 Lincoln Street, Suite 1850
        Denver, CO 80264
        Telephone:  (303) 832-2400
        E-Mail: lmk@kutnerlaw.com